UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
In re:                             )
                                   )   Chapter 7
INOFIN INCORPORATED,               )   Case No. 11-11010-JNF
                                   )
            Debtor.                )
_____)
MARK G. DEGIACOMO, CHAPTER 7       )
TRUSTEE OF THE ESTATE OF           )   Adversary Proceeding No. 13-01380
INOFIN, INCORPORATED,              )
            Plaintiff,             )
v.                                 )
                                   )
HOLLAND & KNIGHT, LLP and          )
RICHARD J. HINDLIAN,               )
            Defendants.            )
_____)

### MOTION OF HOLLAND & KNIGHT LLP AND RICHARD J. HINDLIAN TO WITHDRAW REFERENCE

Pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011(a), and Mass. Local Bankr. R. 5011-1, the Defendants in the above-captioned adversary proceeding ("Adversary"), Holland & Knight LLP ("H&K") and Richard J. Hindlian ("Hindlian"), by their attorneys, move this District Court to withdraw the reference with respect to the Adversary. The grounds for this motion are set forth in the Memorandum in Support, filed herewith.

### REQUEST FOR ORAL ARGUMENT

Defendants request a hearing before the District Court on this motion.

## CERTIFICATION OF COUNSEL

Defendants' counsel certify that they have conferred with Trustee's counsel to resolve or review the matters at issue in this motion. The parties were unable to reach agreement.

February 14, 2014

                              **HOLLAND & KNIGHT LLP and RICHARD J. HINDLIAN,**
By their attorneys,

/s/ Laura Otenti
Robert Somma BBO #472980
Nicholas J. Nesgos BBO #553177
Laura Otenti BBO #660301
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6100
rsomma@pbl.com
nnesgos@pbl.com
lotenti@pbl.com

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 14th day of February, 2014 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Laura Otenti
Laura Otenti